# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147369

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                              SC: 147369
                                                               COA: 311265
                                                               Shiawassee CC: 08-007306-FC
JAMES ERIC THOMPSON,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the May 7, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



p1021

Clerk